IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSE QUINCY COLLINS, JR.                                                                PLAINTIFF

v.                                          Civil No. 6:18-cv-6028

SHERRIFF MIKE CASH, *et al.*                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 13, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant conducted a preservice screening of Plaintiff Jesse Quincy Collins, Jr.'s complaint and now recommends that the Court dismiss certain claims pursuant to 28 U.S.C. § 1915A. Specifically, Judge Bryant finds that Plaintiff failed to state a claim upon which relief may be granted as to his claims for denial of outdoor exercise. Judge Bryant also found that Plaintiff's individual capacity claims for denial of indigent mail privileges and for the jail's lack of tuberculosis lights should be dismissed. Judge Bryant concluded that Plaintiff's official capacity claims related to denial of indigent mail privileges and tuberculosis lights should remain for service and further consideration.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's individual and official capacity claims for denial of outdoor exercise, and Plaintiff's individual capacity claims for denial of indigent mail privileges and for the jail's lack of tuberculosis lights are hereby **DISMISSED WITHOUT PREJDUICE** pursuant to 28 U.S.C. § 1915A. Plaintiff's official capacity claims

related to denial of indigent mail privileges and tuberculosis lights remain for service and further consideration. The Court will address service in a separate order.

**IT IS SO ORDERED**, this 9th day of July, 2018.

/s/ Susan O. Hickey  
Susan O. Hickey  
United States District Judge